FOR RESPONDENT: Shaun J. Mackelprang, P.O. Box 899, Jefferson City, Missouri 65102.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM

David L. Martin appeals from the judgment of the circuit court denying, after an evidentiary hearing, his Rule 29.15 motion for post-conviction relief. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

FOR APPELLANT: Peter M. Cohen, 2734 Lafayette, St. Louis, MO 63104.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Christine K. Lesicko, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Gary M. Gaertner, Jr., P.J., Robert M. Clayton III, J., Angela T. Quigless, J.

## ORDER

PER CURIAM.

Tyrone Mitchell appeals the judgment denying his request for reinstatement of his driver's license. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

■

**Tyrone MITCHELL, Appellant,**

v.

**DIRECTOR OF REVENUE, STATE of Missouri, Respondent.**

**No. ED 104691**

Missouri Court of Appeals, Eastern District, DIVISION THREE.

Filed: October 17, 2017

■

**LACLEDE GAS COMPANY, Appellant,**

v.

**DIZDAR BROTHERS SEWER AND CONSTRUCTION CO., INC., Respondent.**

**No. ED 104786**

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

Filed: October 17, 2017